| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **MV Realty of Nevada, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 85-1680799 |

| 4. | Debtor's address | **Principal place of business**<br>**815 Broken Sound Parkway**<br>**Suite 140**<br>**Boca Raton, FL 33487**<br>Number, Street, City, State & ZIP Code<br><br>**Palm Beach**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | Debtor's website (URL) | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **MV Realty of Nevada, LLC**  Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor **MV Realty of Nevada, LLC**_____   Case number (*if known*)_____
          Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor **See attached Exhibit 1**_____   Relationship _____

    District _____   When _____   Case number, if known _____

11. **Why is the case filed in *this district*?**  *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____
    **Where is the property?** _____
                                Number, Street, City, State & ZIP Code
    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency _____
             Contact name _____
             Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**
    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ■ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

Debtor      **MV Realty of Nevada, LLC**                                              Case number (*if known*) _____
           Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | MV Realty of Nevada, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 21, 2023**
MM / DD / YYYY

X **/s/ Antony Mitchell**
Signature of authorized representative of debtor

**Antony Mitchell**
Printed name

Title **CEO**

**18. Signature of attorney**

X **/s/ Michael D. Seese**
Signature of attorney for debtor

Date **September 21, 2023**
MM / DD / YYYY

**Michael D. Seese**
Printed name

**Seese, P.A.**
Firm name

**101 N.E. 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301**
Number, Street, City, State & ZIP Code

Contact phone **954-745-5897**    Email address **mseese@seeselaw.com**

**997323 FL**
Bar number and State

# EXHIBIT "1"

## *Affiliated Debtor Filings*

| *Affiliated Debtor* | FEIN | Case Number | Date Filed |
|---|---|---|---|
| MV Realty, PBC LLC (Florida) | 47-1516755 | Pending | September 21, 2023 |
| MV Realty Holdings, LLC | 85-0523483 | Pending | September 21, 2023 |
| MV Receivables II, LLC | 86-3379368 | Pending | September 21, 2023 |
| MV Receivables III, LLC | 88-0876793 | Pending | September 21, 2023 |
| MV Realty of Alabama, LLC | 87-3916462 | Pending | September 21, 2023 |
| MV Realty of Arizona, LLC | 85-1572725 | Pending | September 21, 2023 |
| MV Realty of California, a California corp. | 87-3947499 | Pending | September 21, 2023 |
| MV Realty of Colorado, LLC | 85-1551176 | Pending | September 21, 2023 |
| MV Realty of Connecticut, LLC | 85-1598646 | Pending | September 21, 2023 |
| MV Realty PBC, LLC (Georgia) | 85-1526796 | Pending | September 21, 2023 |
| MV Realty of Idaho, LLC | 87-3998185 | Pending | September 21, 2023 |
| MV Realty of Illinois, LLC | 85-1628814 | Pending | September 21, 2023 |
| MV Realty of Indiana, LLC | 87-3453566 | Pending | September 21, 2023 |
| MV Realty of Kansas, LLC | 87-4082304 | Pending | September 21, 2023 |
| MV Realty of Kentucky, LLC | 87-4132302 | Pending | September 21, 2023 |
| MV Realty of Louisiana, LLC | 87-4023120 | Pending | September 21, 2023 |
| MV Realty of Maryland, LLC | 85-3499945 | Pending | September 21, 2023 |

| | | | |
|---|---|---|---|
| MV of Massachusetts, LLC | 85-2270864 | Pending | September 21, 2023 |
| MV Realty of Michigan, LLC | 85-2675280 | Pending | September 21, 2023 |
| MV Realty of Minnesota, LLC | 85-2231678 | Pending | September 21, 2023 |
| MV Realty of Missouri, LLC | 87-4066503 | Pending | September 21, 2023 |
| MV Realty of Nevada, LLC | 85-1680799 | Pending | September 21, 2023 |
| MV Realty of New Jersey, LLC | 85-1645008 | Pending | September 21, 2023 |
| MV Homes of New York, LLC | 85-2732727 | Pending | September 21, 2023 |
| MV Realty of North Carolina, LLC | 85-2173258 | Pending | September 21, 2023 |
| MV Realty of Ohio, LLC | 85-2140728 | Pending | September 21, 2023 |
| MV Realty of Oklahoma, LLC, | 87-3978174 | Pending | September 21, 2023 |
| MV Realty of Oregon, LLC | 87-3643046 | Pending | September 21, 2023 |
| MV Realty PBC, LLC (Pennsylvania) | 85-1707301 | Pending | September 21, 2023 |
| MV Realty of South Carolina, LLC | 85-2297322 | Pending | September 21, 2023 |
| MV Realty of Tennessee, LLC | 85-2247701 | Pending | September 21, 2023 |
| MV Realty of Texas, LLC | 85-2637182 | Pending | September 21, 2023 |
| MV Realty of Utah, LLC | 87-3824543 | Pending | September 21, 2023 |
| MV Realty of Virginia, LLC | 85-2552129 | Pending | September 21, 2023 |
| MV Realty of Washington, LLC | 85-3087621 | Pending | September 21, 2023 |
| MV Realty of Wisconsin, LLC | 85-3532683 | Pending | September 21, 2023 |

ACTION BY THE DIRECTORS OF
MV REALTY OF NEVADA, LLC
BY WRITTEN CONSENT IN LIEU OF MEETING

**THE UNDERSIGNED,** being the members of the Board of Managers (the "Managers") of MV REALTY OF NEVADA, LLC, a Nevada limited liability company (the "Company"), take the following actions and adopt the following resolutions:

1) **RESOLVED:** That, in the judgment of the Managers, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a voluntary petition for relief under Chapter 11 with the United States Bankruptcy Court (the "Court") for the Southern District of Florida (the "Bankruptcy Proceeding"); and it is further

2) **RESOLVED:** That, Antony Mitchell ("Responsible Party"), is hereby designated as the Responsible Party to act on behalf of the Company, and shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he deems necessary or proper in connection with the Bankruptcy Proceeding; and it is further

3) **RESOLVED:** That, the Company, subject to the authorization of the Court, is authorized to employ the law firm of Seese, P.A. and Michael D. Seese, Esq. as its attorneys in the Bankruptcy Proceeding under such terms and conditions as agreed to by the Responsible Party and subject to approval of the Court; and it is further

4) **RESOLVED:** That, the Company, is authorized to retain any other professionals, including, without limitation, financial advisors, and accountants (collectively, "Other Professionals"), as may be necessary to represent or advise the Company in the Bankruptcy Proceeding. The selection of Other Professionals shall be determined, and under such terms and conditions as agreed to, by the Responsible Party and subject to approval of the Court.

1

Effective this \_\_\_\_\_ day of September 2023.

_____
Antony Mitchell, Director


_____
David Manchester, Director


_____
Amanda Zachman, Director

Effective this 21 day of September 2023.

_____
Antony Mitchell, Director

_____
David Manchester, Director

_____
Amanda Zachman, Director

2

Effective this \_\_\_\_\_ day of September 2023.

_____
Antony Mitchell, Director

_____
David Manchester, Director

_____
Amanda Zachman, Director

ACTION BY THE DIRECTORS OF
MV REALTY PBC, LLC
BY WRITTEN CONSENT IN LIEU OF MEETING

**THE UNDERSIGNED,** being the members of the Board of Directors (the "Directors") of MV REALTY PBC, LLC, a Florida limited liability company (the "Company"), take the following actions and adopt the following resolutions:

1)      **RESOLVED:** That, in the judgment of the Directors, it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a voluntary petition for relief under Chapter 11 with the United States Bankruptcy Court (the "Court") for the Southern District of Florida (the "Bankruptcy Proceeding"); and it is further

2)      **RESOLVED:** That, Anthony Mitchell ("Responsible Party"), is hereby designated as the Responsible Party to act on behalf of the Company, and shall be authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which he deems necessary or proper in connection with the Bankruptcy Proceeding; and it is further

3)      **RESOLVED:** That, the Company, subject to the authorization of the Court, is authorized to employ the law firm of Seese, P.A. and Michael D. Seese, Esq. as its attorneys in the Bankruptcy Proceeding under such terms and conditions as agreed to by the Responsible Party and subject to approval of the Court; and it is further

4)      **RESOLVED:**  That, the Company, subject to the authorization of the Court, is authorized to retain any other professionals, including, without limitation, financial advisors, and accountants (collectively, "Other Professionals"), as may be necessary to represent or advise the Company in the Bankruptcy Proceeding. The selection of Other Professionals shall be determined, and under such terms and conditions as agreed to, by the Responsible Party and subject to approval of the Court; and it is further

5)      **RESOLVED**: That, in the judgment of the Directors, it is desirable and in the best interests of the Company's subsidiaries listed on Schedule A hereto (collectively the "Subsidiaries"), their creditors, and other interested parties, that the Subsidiaries also file voluntary petitions for relief under Chapter 11 with the Court and, therefore, the Company consents to such filings by the Subsidiaries in accordance with the Subsidiaries' governing documents.

1

Effective this \_\_\_\_\_ day of September 2023.

_____
Antony Mitchell, Director

_____
David Manchester, Director

_____
Amanda Zachman, Director

Effective this 21 day of September 2023.

_____
Antony Mitchell, Director

_____
David Manchester, Director

_____
Amanda Zachman, Director

Effective this \_\_\_\_\_ day of September 2023.

_____
Antony Mitchell, Director

_____
David Manchester, Director

_____
Amanda Zachman, Director

Schedule A

MV Receivables I, LLC
MV Receivables II, LLC
MV Receivables III, LLC
MV Realty PBC, LLC (Pennsylvania)
MV Realty of South Carolina, LLC
MV Realty of North Carolina, LLC
MV of Massachusetts, LLC
MV Realty of Illinois, LLC
MV Realty of Arizona, LLC
MV Realty of Connecticut, LLC
MV Realty of Georgia, LLC
MV Realty of New Jersey, LLC
MV Realty of Washington, LLC
MV Realty of Maryland, LLC
MV Realty of Virginia, LLC
MV Realty of Tennessee, LLC
MV Realty of Wisconsin, LLC
MV Realty of Nevada, LLC
MV Realty of Oregon, LLC
MV Realty of Utah, LLC
MV Realty of Minnesota, LLC
MV Realty of Indiana, LLC
MV Realty of Missouri, LLC
MV Homes of New York, LLC
MV Realty of Idaho, LLC
MV Realty of Alabama, LLC
MV Realty of Colorado, LLC
MV Realty of Oklahoma, LLC
MV Realty of Louisiana, LLC
MV Realty of Kansas, LLC
MV Realty of Kentucky, LLC
MV Realty of California, a California corporation
MV Realty of Texas, LLC
MV Realty of Ohio, LLC